**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| v. | : | **Magistrate Case No.   08-MJ-** |
| | : | |
| **MARK T. ROSSINI,** | : | **VIOLATIONS:   18 U.S.C. § 1030(a)(2)(B)** |
| | : |    **(Criminal Computer Access)** |
| **Defendant.** | : | |

## INFORMATION

### COUNT 1: CRIMINAL COMPUTER ACCESS

On or about January 19, 2007, in the District of Columbia and elsewhere, Mark T. Rossini intentionally and knowingly exceeded his authorized access to a protected computer belonging to the Federal Bureau of Investigation, an agency of the United States headquartered in the District of Columbia, and by such act obtained information from the Federal Bureau of Investigation that he was not permitted to receive.  (Criminal Computer Access, in violation of Title 18, U.S. Code, Section 1030(a)(2)(B)).

### COUNT 2: CRIMINAL COMPUTER ACCESS

On or about January 26, 2007, in the District of Columbia and elsewhere, Mark T. Rossini intentionally and knowingly exceeded his authorized access to a protected computer belonging to the Federal Bureau of Investigation, an agency of the United States headquartered in the District of Columbia, and by such act obtained information from the Federal Bureau of Investigation that he was not permitted to receive.  (Criminal Computer Access, in violation of Title 18, U.S. Code, Section 1030(a)(2)(B)).

## COUNT 3: CRIMINAL COMPUTER ACCESS

On or about February 14, 2007, in the District of Columbia and elsewhere, Mark T. Rossini intentionally and knowingly exceeded his authorized access to a protected computer belonging to the Federal Bureau of Investigation, an agency of the United States headquartered in the District of Columbia, and by such act obtained information from the Federal Bureau of Investigation that he was not permitted to receive.  (Criminal Computer Access, in violation of Title 18, U.S. Code, Section 1030(a)(2)(B)).

## COUNT 4: CRIMINAL COMPUTER ACCESS

On or about March 19, 2007, in the District of Columbia and elsewhere, Mark T. Rossini intentionally and knowingly exceeded his authorized access to a protected computer belonging to the Federal Bureau of Investigation, an agency of the United States headquartered in the District of Columbia, and by such act obtained information from the Federal Bureau of Investigation that he was not permitted to receive.  (Criminal Computer Access, in violation of Title 18, U.S. Code, Section 1030(a)(2)(B)).

## COUNT 5: CRIMINAL COMPUTER ACCESS

On or about July 5, 2007, in the District of Columbia and elsewhere, Mark T. Rossini intentionally and knowingly exceeded his authorized access to a protected computer belonging to the Federal Bureau of Investigation, an agency of the United States headquartered in the District of Columbia, and by such act obtained information from the Federal Bureau of Investigation that he was not permitted to receive.  (Criminal Computer Access, in violation of Title 18, U.S. Code, Section 1030(a)(2)(B)).

JEFFREY A. TAYLOR
United States Attorney

By: _____/S/_____
TEJPAL S. CHAWLA
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7499