IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Mark Thomas Rossini,<br><br>　　　　　　　　Defendant. | Case No. 08-692M<br><br>**FILED**<br><br>JUN 0 1 2009<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

*without objection upon the United States*

It is hereby ORDERED that Mark Thomas Rossini may travel internationally for work related purposes only, as needed throughout the year, by seeking prior approval from his supervising probation officer, and without prior approval by this Court. It is further ORDERED that Mr. Rossini may seek approval for such travel requests less than thirty days in advance of the international travel.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　／s／ John M. Facciola
　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

DATED: ~~May~~ Jun 1, 2009