# EXHIBIT E

**Case No. 08-mj-692-JMF**
**EXHIBIT E**
**Page 1 of 1**

## Case

USA VS MARK THOMAS ROSSINI

DDCX108MJ000692-001MARK THOMAS ROSSINI

**Party Code:**

PAR3128

**Comments:**

## Summary Debt Balances

| Debt Type | Case Number | Total Imposed | Total Collected | Total Outstanding |
|---|---|---|---|---|
| FINE-CRIME VICTIMS FUND | DDCX108MJ000692-001 | $5,000.00 | $5,000.00 | $0.00 |
| SPECIAL PENALTY ASSESSMENT | DDCX108MJ000692-001 | $125.00 | $125.00 | $0.00 |
| **Totals** | | **$5,125.00** | **$5,125.00** | **$0.00** |

## Offender Payment History

| Date | Penalty Type | Case Number | Paid |
|---|---|---|---|
| 05/29/2009 | FINE-CRIME VICTIMS FUND | DDCX108MJ000692-001 | $5,000.00 |
| 05/29/2009 | SPECIAL PENALTY ASSESSMENT | DDCX108MJ000692-001 | $125.00 |
| **Total Paid** | | | **$5,125.00** |